NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Sheppard, Mullin, Richter & Hampton, LLP
Phillip A. Davis, Cal. Bar No. 110430
333 S. Hope Street, 48th Floor
Los Angeles, CA 90071
Tel: (213) 620-1780
Fax: (213) 620-1398
Email: pdavis@sheppardmullin.com

ATTORNEYS FOR: Defendants INTERSTATE MANAGEMENT COMPANY, LLC and MARRIOTT INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JCD, INC. d/b/a ESOTERIC SPORTS<br><br>Plaintiff(s)<br>v.<br>INTERSTATE HOTELS AND RESORTS, INC. d/b/a LAGUNA CLIFFS MARRIOTT RESORT & SPA; MARRIOTT INTERNATIONAL, INC.; and DOES 1-10,<br>Defendant(s). | CASE NUMBER<br><br>**SACV10-00904 AG (MLGx)**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>DEFENDANT INTERSTATE MANAGEMENT COMPANY, LLC</u> (or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Interstate Hotels & Resorts, Inc. | Interstate Hotels & Resorts, Inc. owns 1% of defendant Interstate Management Company, LLC. |
| Interstate Operating Company, LP | Interstate Operating Company, LP owns 99% of defendant Interstate Management Company, LLC. |

Date  June 18, 2010

Sign  /s/ Phillip Davis/df
Phillip A. Davis, Esq.

Attorney of record for or party appearing in pro per