PHILLIP A. DAVIS (SBN 110430)
*pdavis@sheppardmullin.com*
ROBERT MUSSIG (SBN 240369)
*rmussig@sheppardmullin.com*
**SHEPPARD MULLIN RICHTER & HAMPTON LLP**
333 South Hope Street, 48th Floor
Los Angeles, California 90071
Telephone: (213) 620-1780
Facsimile: (213) 620-1398

Mark A. Johnston (Admitted *Pro Hac Vice*)
*mjohnston@eckertseamans.com*
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
1717 Pennsylvania Ave, NW, 12th Floor
Washington, D.C. 20006
Telephone: (202) 659-6624
Facsimile: (202) 659-6699

Attorneys for Defendants Marriott International, Inc.
and Interstate Hotels and Resorts, Inc.
d/b/a Laguna Cliffs Marriott Resort & Spa

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JCD, Inc. d/b/a Esoteric Sports; a Georgia Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>Interstate Hotels and Resorts, Inc. d/b/a Laguna Cliffs Marriott Resort & Spa; Marriott International, Inc.; and Does 1-10,<br><br>　　　Defendants. | CASE NO. SACV10-00904 DOC (MLGx)<br><br>Assigned to Hon. David O. Carter<br><br>ORDER OF DISMISSAL WITH PREJUDICE BASED ON STIPULATION OF ALL PARTIES<br><br>Trial Date:　November 8, 2011 |

The Court, having read and considered the Stipulation of All Parties to Dismissal All Claims Asserted by Plaintiff With Prejudice, filed concurrently

herewith, and good cause appearing therefore, **HEREBY ORDERS AS FOLLOWS**:

1. Plaintiff's complaint, and all claims asserted therein and previously asserted therein against defendants Marriott International, Inc. and Interstate Hotels and Resorts, Inc. d/b/a Laguna Cliffs Marriott Resort & Spa, is hereby dismissed, with prejudice.

2. Each party to bear its own legal costs and fees in this matter.

IT IS SO ORDERED.

Dated: July 5, 2011

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE